Calvin Latimer,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:12-cv-552

Geofrey Crume,
M.V. LLC,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2012 Order.

                                                  Signed: September 18, 2012

Frank G. Johns, Clerk
United States District Court