# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Calvin Latimer,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:12-cv-552

Geofrey Crume,
M.V. LLC,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2012 Order.

                                        Signed: September 18, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court