UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-552-GCM

| | |
|---|---|
| CALVIN LATIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| GEOFREY CRUME, ) | |
| M.V. LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Pro se Motion for Entry of Default Judgment, (Doc. No. 6), filed on May 11, 2015. Plaintiff's motion will be denied as moot because this action was dismissed by Order of this Court dated September 18, 2012. See (Doc. No. 4).

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Pro se Motion for Entry of Default Judgment, (Doc. No. 6), is **DENIED** as moot.

Signed: May 13, 2015

Graham C. Mullen
United States District Judge

-1-